IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MOLLY CARTWRIGHT,** | 05-CV-264-AS |
| Plaintiff, | |
| | ORDER |
| v. | |
| **JOANNE B. BARNHART,** **Commissioner of Social Security,** | |
| Defendant. | |

**MERRILL SCHNEIDER**
14415 S.E. Stark Street
Portland, OR  97233-2153
(503) 255-9092

    Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1053

1 - ORDER

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**DAVID M. BLUME**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA  98104-2156
(206) 615-2212

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#15) on January 12, 2006, in which he recommended the Court affirm the Commissioner's final determination denying Plaintiff's applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#15). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 10th day of March, 2006

/s/ Anna J. Brown

---

ANNA J. BROWN
United States District Judge

3 - ORDER